United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DELTA SOLUTIONS TEXAS LLC, COLORADO HIGH PIPE LLC, AND KATY SLAWSON<br>*Plaintiffs,*<br><br>Vs.<br><br>PBR SALES, LLC AND PRATAP SAPRA<br>*Defendants.* | §§§§§§§§§§<br><br>Civil Action No. 4:23-cv-1811<br>**JURY** |

## AGREED FINAL JUDGMENT

By the signatures of their counsel below, Delta Solutions Texas, LLC ("Delta Solutions"), Colorado High Pipe, LLC ("Colorado"), and Katy Slawson ("Slawson") (collectively, the "Plaintiffs") and the Defendants, PBR Sales, LLC ("PBR Sales") and Pratap Sapra ("Sapra") (collectively, the "Defendants") have agreed to entry of this Agreed Final Judgment only upon the default of the Defendants or the filing of bankruptcy of either Defendant, in accordance with the Confidential Settlement Agreement, executed on or about April 16, 2024.

The Court FINDS Defendants committed a fraud on the Plaintiffs and more specifically, Defendants:

for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by –

a) False pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition;

b) Used a statement in writing –

　　a. That was materially false;

　　b. Respecting the debtors or an insider's financial condition;

1

  c. On which the creditor to whom the debtor was liable for such money, property, services, or credit reasonably relied; and

  d. That the debtor caused to be made or published with intent to deceive.

Accordingly, the Court enters judgment as follows:

 THEREFORE, it is ADJUDGED, DETERMINED, and ORDERED that:

 1. Defendants committed fraud on the Plaintiffs.

 2. Plaintiffs shall have and recover a judgment against Defendants in the amount of $800,000.00. This fraud judgment amount comprises of the following:

  a. A judgment in the total amount of $800,000.00; and

  d. Post-judgment interest at the rate of 5% per annum.

IT IS FURTHER ORDERED that:

 3. The Parties shall bear their own attorneys' fees and costs.

This is intended to be a final judgment that disposes of all parties and all claims.

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. / *Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.*

 SIGNED this 21st day of June, 2024.

                  *Lee H. Rosenthal*
                  JUDGE PRESIDING

TRUE COPY I CERTIFY
ATTEST: June 27, 2025
NATHAN OCHSNER, Clerk of Court
By: s/ Rhonda Moore-Konieczny
       Deputy Clerk

AGREED AS TO SUBSTANCE AND FORM:

[signature page to follow]

_____
Rodney L. Drinnon, Counsel for Plaintiffs

_____
Joshua F. Bugos, Counsel for Defendants

_____
Pratap Sapra, individually

_____
PBR Sales, LLC

AGREED AS TO SUBSTANCE AND FORM:

_____
Rodney L. Drinnon, Counsel for Plaintiffs


_____
Joshua F. Bugos, Counsel for Defendants


_____
Pratap Sapra, individually


_____
PBR Sales, LLC